IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. CR 00-109-N |
| | * | |
| ANTON PUSZTAI | * | |

## MOTION TO EXPEDITE SENTENCING

Comes now Defendant, Anton Pusztai, by and through counsel of record, and moves the court for an expedited sentencing hearing and in support thereof states as follows:

1. Defendant entered his plea of guilty to Count One of the Indictment on November 15, 2006 in accordance with a plea agreement with the Government.

2. As part of the agreement, the parties agreed to a sentence of 60 months which is the maximum to which the Court could sentence Defendant should the plea agreement be accepted.

3. Defendant has been incarcerated for over 71 months. It is the intent of the parties that Defendant be given credit for time served, be released from custody and deported as soon as practicable.

4. Upon information and belief, District Judge Coogler will be available for a sentencing hearing in Montgomery, Alabama on November 27, 2006.

5. A presentence investigation report was previously prepared in connection with Defendant's earlier conviction and Defendant has been in custodial confinement since that report was filed with the Court.

6. Rule 32( c)(1)(A)(ii) requires a presentence investigation to be conducted and a report submitted "unless the court finds that the information in the record enables it to meaningfully

**MOTION GRANTED**

THIS __22nd__ DAY OF __November__, 20__06__

__/s/ L. Scott Coogler__
**UNITED STATES DISTRICT JUDGE**